UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONYA MARIE WINRIGHT,

        Defendant.
_____/

Case No. 1:05:CR:224

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 2, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Tonya Marie Winright's plea of guilty to Count One of the Information is accepted. Defendant Tonya Marie Winright is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: December 8, 2005                                    /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE